**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Wake Energy, LLC and Wake Operating LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Devon Energy Production Company, L.P.<br><br>Defendant. | Case No. CIV-21-352-PRW |

## <u>JOINT STIPULATION OF DISMISSAL</u>

Plaintiffs and Defendant stipulate to the dismissal of this action under Rule 41(a)(1)(A)(ii) as follows:

Plaintiff Wake Energy, LLC hereby dismisses its claims against Defendant **<u>without</u>** prejudice.

Plaintiff Wake Operating, LLC hereby dismisses its claims against Defendant **<u>with</u>** prejudice.

Each party shall bear its own costs and attorney's fees incurred in connection with this action.

Submitted this 3rd day of October, 2024.

| | |
|---|---|
| */s/ J. Matt Hill* | */s/ Patrick L. Stein* |
| | (*signed with permission*) |
| Travis P. Brown, OBA #20636 | Timothy J. Bomhoff, OBA #13172 |
| J. Matt Hill, OBA #33532 | Patrick L. Stein, OBA #30737 |
| Scott R. Verplank, Jr., OBA #34041 | Cole B. McLanahan, OBA #33566 |
| Micah L. Adkison, OBA #33107 | **MCAFEE & TAFT, A PROFESSIONAL** |
| **MAHAFFEY & GORE, P.C.** | **CORPORATION** |
| 300 N.E. 1ˢᵗ Street | Eighth Floor, Two Leadership Square |
| Oklahoma City, OK 73104-4004 | 211 North Robinson Avenue |
| Telephone: (405) 236-0478 | Oklahoma City, OK 73102 |
| Facsimile: (405) 236-1840 | Telephone: (405) 235-9621 |
| tbrown@mahaffeygore.com | Facsimile: (405) 235-0439 |
| mhill@mahaffeygore.com | tim.bomhoff@mcafeetaft.com |
| sverplank@mahaffeygore.com | patrick.stein@mcafeetaft.com |
| madkison@mahaffeygore.com | cole.mclanahan@mcafeetaft.com |
| | |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |